United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-13348-amc
Emil Ricci                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia            Page 1 of 1        Date Rcvd: Dec 29, 2016
                          Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2016.
db           +Emil Ricci,   118 Johns Road,   Cheltenham, PA 19012-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2016 at the address(es) listed below:
        DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC bkgroup@kmllawgroup.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Cheltenham and Cheltenham Township School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
        JILL   MANUEL-COUGHLIN    on behalf of Creditor    DITECH FINANCIAL LLC jill@pkallc.com,    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
        PAUL GREGORY LANG    on behalf of Debtor Emil   Ricci lesliebrown.paralegal@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: EMIL RICCI            ) | |
| **Debtor(s)**            ) | |
|                             ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES,   ) | |
| INC. dba GM FINANCIAL     ) | Case No.: 16-13348 (AMC) |
| **Moving Party**            ) | |
| v.                          ) | **Hearing Date:  9-13-16 at 11:00 AM** |
|                             ) | |
| EMIL RICCI                  ) | 11 U.S.C. 362 |
| **Respondent(s)**            ) | |
|                             ) | |
| WILLIAM C. MILLER           ) | |
| **Trustee**            ) | |
|                             ) | |
|                             ) | |

### STIPULATION OF SETTLEMENT OF MOTION OF GM FINANCIAL FOR RELIEF FROM THE AUTOMATIC STAY

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by William E. Craig, Esquire, attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), and the Debtor having opposed such Motion through his counsel, Paul Gregory Lang, Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

**ORDERED:**

1. That GM Financial is the holder of a first purchase money security interest in a 2009 Mercury Grand Marquis bearing vehicle identification number 2MEHM75V19X615710.

2. That the parties stipulate that the Debtor's account has arrears through April 2016 2011 in the amount of $1,657.04.  That with the addition of counsel fees and costs for the instant motion in the amount of $526.00, the total amount to be cure is $2,183.04.

3. That the Debtor is to cure the arrearage set forth in paragraph two (2) above ($2,183.04) through his Chapter 13 Plan.  The Debtor is to file an amended Plan to set forth this amount to be cured via payments from the Chapter 13 Trustee by December 20, 2016 or GM Financial may file a Certification of Default with the

    Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

4. That commencing September 2016, if the Debtor fails to make any payment to GM Financial within thirty (30) days after the date it falls due, GM Financial may send, via facsimile and regular mail, the Debtor and counsel a written notice of default of this Stipulation.  If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

5. That GM Financial shall be required to send just one (1) written notice of default of this Stipulation.  For any subsequent default of the terms of this Stipulation, GM Financial may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

6. That the parties agree that a facsimile signature shall be considered an original signature.


We hereby agree to the form and entry of this Order:


/s/ Paul Gregory Lang
Paul Gregory Lang, Esquire
Attorney for the Debtor


/s/ William E. Craig
William E. Craig, Esquire
Attorney for GM Financial

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: EMIL RICCI ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC. dba GM FINANCIAL ) | Case No.: 16-13348 (AMC) |
| **Moving Party** ) | |
| v. ) | |
| ) | 11 U.S.C. 362 |
| EMIL RICCI ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about December 28, 2016, in the above matter is APPROVED.

Dated: **December 29, 2016**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE