UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

EMIL RICCI                      Chapter 13

                Debtor          Bankruptcy No. 16-13348-AMC

**ORDER**

AND NOW, this _____ day of _____, 201_, having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
  PAUL GREGORY LANG
  GALLANT AND PARLOW, PC
  3618 HULMEVILLE RD
  BENSALEM, PA 19020-

**Debtor:**
  EMIL RICCI

  118 Johns Road

  Cheltenham, PA 19012

**Chapter 13 Standing Trustee:**
  William C. Miller, Esquire
  Chapter 13 Standing Trustee
  P.O., Box 1229
  Philadelphia, PA 19105

**U.S. Trustee:**
  Office of the U.S. Trustee
  Eastern District of Pennsylvania
  833 Chestnut Street, Suite 500
  Philadelphia, PA 19107