United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Emil Ricci  
     Debtor

Case No. 16-13348-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 31, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.  
db          +Emil Ricci,   118 Johns Road,   Cheltenham, PA 19012-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC  
          bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC bkgroup@kmllawgroup.com  
         JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Cheltenham and Cheltenham Township School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
         JILL MANUEL-COUGHLIN    on behalf of Creditor    DITECH FINANCIAL LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com  
         PAUL GREGORY LANG    on behalf of Debtor Emil Ricci lesliebrown.paralegal@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com  
                                                 TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Emil Ricci<br>　　　　　Debtor<br><br>Ditech Financial LLC fka Green Tree Servicing LLC<br>　　　　　Movant<br>　vs.<br>Emil Ricci<br>　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 16-13348-AMC<br><br><br><br>11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 31st day of Jan, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 118 Johns Road , Cheltenham, PA 19012 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

United States Bankruptcy Judge.

Certificate of Notice    Page 3 of 3

Emil Ricci
118 Johns Road
Cheltenham, PA 19012

Paul Gregory Lang
3618 Hulmeville Road
Bensalem, PA 19020

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532