United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13348-amc
Emil Ricci                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Jan 31, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.
db              +Emil Ricci,    118 Johns Road,    Cheltenham, PA 19012-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing
      LLC bkgroup@kmllawgroup.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Cheltenham and Cheltenham Township
      School District jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    DITECH FINANCIAL LLC jill@pkallc.com,
      chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
      PAUL GREGORY LANG    on behalf of Debtor Emil  Ricci lesliebrown.paralegal@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
      Financial mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                                TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

EMIL RICCI                                  Chapter 13

          Debtor                          Bankruptcy No. 16-13348-AMC

## ORDER

AND NOW, this _____ day of _____, 201_, having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
    PAUL GREGORY LANG
    GALLANT AND PARLOW, PC
    3618 HULMEVILLE RD
    BENSALEM, PA 19020-

**Debtor:**
    EMIL RICCI

    118 Johns Road

    Cheltenham, PA 19012

**Chapter 13 Standing Trustee:**
    William C. Miller, Esquire
    Chapter 13 Standing Trustee
    P.O., Box 1229
    Philadelphia, PA 19105

**U.S. Trustee:**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107