```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                            Case No. 16-13348-amc
Emil Ricci                                                        Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2          Date Rcvd: Jan 31, 2017
                              Form ID: pdf900             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db             +Emil Ricci,    118 Johns Road,    Cheltenham, PA 19012-1307
cr             +Township of Cheltenham and Cheltenham Township Sch,     c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
13725627       +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13748661       +AmeriCredit Financial Services, Inc., dba GM Finan,     P O Box 183853,
                 Arlington, TX 76096-3853
13725630       +AmeriCredit/GM Financial,    Po Box 183583,    Arlington, TX 76096-3583
13819022       +Cheltenham Township School District,     c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13725631       +Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
13782332      ++LENDMARK FINANCIAL SERVICES LLC,     2118 USHER STREET,    COVINGTON GA 30014-2434
                (address filed with court: Lendmark Financial Services LLC,      2118 Usher Street,
                 Covington, Georgia 30014)
13782334       +Lendmark Financial Services LLC Assignee of Spring,     2118 Usher Street,
                 Covington, Georgia 30014-2434
13779909       +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13725637       +Powers Kirn,    8 Neshaming Interplex Suite 215,    Feasterville Trevose, PA 19053-6980
13819021       +Township of Cheltenham,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
                 Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 01 2017 02:10:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2017 02:09:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 01 2017 02:09:57       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 01:57:56       Synchrony Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13725629       +E-mail/PDF: cbp@onemainfinancial.com Feb 01 2017 01:57:31
                 American General Financial/Springleaf Fi,     Attention: Bankruptcy,    Po Box 3251,
                 Evansville, IN 47731-3251
13725632       +E-mail/Text: Umesh.Patil@credencerm.com Feb 01 2017 02:10:13       Credence Resource Mana,
                 17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
13725633       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 01 2017 02:10:22
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13806467        E-mail/Text: bankruptcy.bnc@ditech.com Feb 01 2017 02:09:32
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13725635       +E-mail/Text: bankruptcy@icsystem.com Feb 01 2017 02:10:13       IC Systems, Inc,
                 444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
13785652        E-mail/Text: bkr@cardworks.com Feb 01 2017 02:09:29      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13725636       +E-mail/Text: bkr@cardworks.com Feb 01 2017 02:09:29      Merrick Bank/Geico Card,    Po Box 23356,
                 Pittsburg, PA 15222-6356
13731475        E-mail/PDF: rmscedi@recoverycorp.com Feb 01 2017 01:57:56
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13751046        E-mail/Text: appebnmailbox@sprint.com Feb 01 2017 02:09:48       Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,    Overland Park KS 66207-0949
13725638       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 01:57:45       Synchrony Bank/ JC Penneys,
                 Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                                TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13733614        AmeriCredit Financial Services, Inc. dba GM Financ
13725634        Global 1
13725628*      +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
                                                                                 TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: Virginia              Page 2 of 2                  Date Rcvd: Jan 31, 2017
                               Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS     on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON     on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing
               LLC bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD     on behalf of Creditor    Township of Cheltenham and Cheltenham Township
               School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JILL MANUEL-COUGHLIN     on behalf of Creditor    DITECH FINANCIAL LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              PAUL GREGORY LANG     on behalf of Debtor Emil  Ricci lesliebrown.paralegal@gmail.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG     on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMIL RICCI                               Chapter 13

           Debtor              Bankruptcy No. 16-13348-AMC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

───────────────────────
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL GREGORY LANG
GALLANT AND PARLOW , PC
3618 HULMEVILLE RD
BENSALEM, PA 19020-

Debtor:
EMIL RICCI

118 Johns Road

Cheltenham, PA 19012